```
                                FILED
                              FEB 28 2008
                         CLERK, U.S. DISTRICT COURT
                        SOUTHERN DISTRICT OF CALIFORNIA
                        BY        /s/              DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR573-BTM |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 – Importation of Cocaine (Felony) |
| JESUS ANTONIO BALLESTEROS-BARAJAS, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about January 30, 2008, within the Southern District of California, defendant JESUS ANTONIO BALLESTEROS-BARAJAS, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 23.22 kilograms (51.08 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: February 28, 2008.

KAREN P. HEWITT
United States Attorney

/s/ John T. Wen

W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:Imperial
2/28/08