AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JESUS ANTONIO
BALLESTEROS-BARAJAS

**WAIVER OF INDICTMENT**

CASE NUMBER: _08 CR573 · BTM_

I, JESUS ANTONIO BALLESTEROS-BARAJAS , the above named defendant, who is

accused of committing the following offense:

Importation of Cocaine, in violation of Title 21, United States Code, Sections 952
and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on _2/25/08_ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

_Jesús Antonio Ballesteros Barajas_
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

**FILED**

FEB 2 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY